# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KALDREN LLC,

                Plaintiff,

v.

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

                Defendant.

Case No. 17-CV-916-JPS

**ORDER**

On December 11, 2017, the parties filed a joint stipulation for dismissal of this action, with each party to bear their own costs and fees. (Docket #20). The parties have agreed to dismiss Plaintiff's claims with prejudice, and Defendant's counterclaims without prejudice. *Id.* The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #20) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant be and the same are hereby **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED** that Defendant's counterclaims against Plaintiff be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** without costs to any party.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge